

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAI MONAHANS BROTHER HOSPITALITY, LLC, | § § | No. 08-21-00060-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| MONAHANS ECONOMIC DEVELOPMENT CORPORATION and CITY OF MONAHANS, TEXAS, | § § | of Ward County, Texas (TC #20-10-25580-CVW) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below granting Appellee's plea to the jurisdiction and remand the cause to the trial court for further proceedings consistent with this Court's opinion.

We further order that the trial court's order granting the City's plea to the jurisdiction is affirmed, but accord Appellant the right to replead.

We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.